BRETT DANIEL RUSS
SAMANTHA LEIGH RUSS
39 RUSS CIR
POPLARVILLE, MS 39470

WELLS FARGO BANK
ATTN: BANKRUPTCY
PO BOX 393
MINNEAPOLIS, MN 55480

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AMEX
PO BOX 981535
EL PASO, TX 79998

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

DISCOVER
ATTN: BANKRUPTCY
PO BOX 30954
SALT LAKE CITY, UT 84130

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

HATTIESBURG ORAL SURGE
14215 28TH AVENUE
HATTIESBURG, MS 39402

TMOBILE
PO BOX 660252
DALLAS, TX 75266-0252