Certificate Number: 17082-MSS-DE-041064665

Bankrupcy Case Number: 26-50836



17082-MSS-DE-041064665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 6, 2026</u>, at <u>7:16</u> o'clock <u>PM MST</u>, <u>BRETT D RUSS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>June 6, 2026</u>　　　　By:　　<u>/s/Orsolya K Lazar</u>

　　　　　　　　　　　　　　Name:　<u>Orsolya K Lazar</u>

　　　　　　　　　　　　　　Title:　<u>Executive Director</u>