Certificate Number: 17082-MSS-DE-041064667

Bankruptcy Case Number: 26-50836



17082-MSS-DE-041064667

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2026, at 7:16 o'clock PM MST, SAMANTHA L RUSS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 6, 2026                        By:      /s/Orsolya K Lazar

                                            Name:   Orsolya K Lazar

                                            Title:   Executive Director