United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50836-KMS
Brett Daniel Russ Chapter 13
Samantha Leigh Russ
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Aug 21, 2026 Form ID: n031 Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brett Daniel Russ, Samantha Leigh Russ, 39 Russ Cir, Poplarville, MS 39470-5200 |
| 5674869 | | Hattiesburg Oral Surge, 14215 28th Avenue, Hattiesburg, MS 39402 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5687697 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 20:03:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5674864 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 20:03:11 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5674865 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 20:03:08 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5684413 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 20:03:09 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5674866 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 20:03:14 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5674867 | | Email/Text: mrdiscen@discover.com | Aug 21 2026 19:54:00 | Discover, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130 |
| 5674868 | + | Email/Text: mrdiscen@discover.com | Aug 21 2026 19:54:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5674870 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Aug 21 2026 19:54:00 | TMobile, PO Box 660252, Dallas, TX 75266-0252 |
| 5683208 | + | Email/Text: RASEBN@raslg.com | Aug 21 2026 19:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5674871 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 21 2026 20:03:14 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5688649 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 21 2026 20:03:15 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Samantha Leigh Russ trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brett Daniel Russ trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50836−KMS
**Chapter:** 13

**In re:**

Brett Daniel Russ
39 Russ Cir
Poplarville, MS 39470

Samantha Leigh Russ
aka Samantha Leigh Steede
39 Russ Cir
Poplarville, MS 39470

## Notice of Entry of Order Confirming Plan

The Court entered an Order on August 21, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 21, 2026

Danny L. Miller, Clerk of Court